## Second Department, February, 1932.

KATHERINE ALCHERMES, as Administratrix, etc., of WILLIAM J. ALCHERMES, Deceased, Appellant, v. BROOKLYN EDISON COMPANY, INC., Respondent.— Motion to resettle order entered January 15, 1932, granted and order resettled by striking from the end thereof the words " with costs " and inserting in their place the words " costs to abide the event." Present — Lazansky, P. J., Young, Carswell, Tompkins and Davis, JJ.

GEORGE P. CAIN, Appellant, v. BAY RIDGE SAVINGS BANK, a Corporation, Respondent.— Motion for leave to appeal to the Appellate Division denied. Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ.

THE CHASE NATIONAL BANK OF THE CITY OF NEW YORK, as Corporate Trustee, and M. ERNEST GREENEBAUM, JR., as Individual Trustee, etc., Appellants, v. 66–74 COURT STREET REALTY CORPORATION and MADELEINE D. WOLFE, Respondents, and CHARLES J. McDERMOTT and EDMUND J. PICKUP, Receivers, Respondents.— Motion for leave to appeal to the Court of Appeals denied. Motion for stay denied. Present — Lazansky, P. J., Young, Carswell and Tompkins, JJ.; Davis, J., not voting.

SARAH COOPERMAN, Respondent, v. MAX COOPERMAN, Appellant.— Motion for reargument denied, with ten dollars costs. Present — Lazansky, P. J., Young, Carswell, Tompkins and Davis, JJ.

MORRIS DIAMOND and JOSEPH DIAMOND, Copartners, etc., Respondents, v. MEHL REALTY COMPANY, INC., Appellant.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Scudder, Tompkins and Davis, JJ.; Kapper, J., not voting.

IRVING W. DAITCH, Respondent, v. GEORGE HAYUNGA, Appellant, and Another, Defendant.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Scudder, Tompkins and Davis, JJ.; Kapper, J., not voting.

RAYMOND E. DUFFIELD, Respondent, v. MONTAUK REALTY SECURITY Co., INC., Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present. — Lazansky, P. J., Young, Carswell, Tompkins and Davis, JJ.

LOIS HARRIS, Respondent, v. TUDOR HARRIS, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Carswell, Tompkins and Davis, JJ.

In the Matter of ROBERT W. DOUGHTY, an Attorney.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Carswell, Tompkins and Davis, JJ.

In the Matter of the Application of PERCY J. HAGAN, Petitioner, for an Order of Certiorari against EDWARD P. MULROONEY, as Police Commissioner of the Police Department of the City of New York, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Carswell, Tompkins and Davis, JJ.